No. 79–1672.  LEA *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 79–1673.  ACAVINO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–1675.  VICKNAIR ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–1685.  BREITNER ET AL. *v.* HARRIS, DBA RICHARD HARRIS BUILDERS.  C. A. 6th Cir.  Certiorari denied.

No. 79–1686.  RILEY *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 79–1687.  KNIGHT ET AL. *v.* HEANEY, U. S. CIRCUIT JUDGE, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 79–1688.  MARCELLO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 79–1691.  SUBAITANI *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 79–1696.  ARNOLD ET AL. *v.* ELK GROVE VILLAGE.  C. A. 7th Cir.  Certiorari denied.

No. 79–1697.  ROWAN DRILLING CO. ET AL. *v.* WINK.  C. A. 5th Cir.  Certiorari denied.

No. 79–1704.  GRCICH *v.* JOGODA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 79–1705.  INDEPENDENT BANKERS ASSOCIATION OF AMERICA *v.* HEIMANN, COMPTROLLER OF THE CURRENCY, UNITED STATES DEPARTMENT OF THE TREASURY.  C. A. D. C. Cir.  Certiorari denied.